# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HOLGUIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. WICKS,<br><br>　　　　　Defendant. | 1:16-cv-0346-DAD-BAM (PC)<br><br>ORDER GRANTING MOTION TO LODGE DOCUMENTS IN SUPPORT OF PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>ORDER DIRECTING CLERK OF COURT TO LODGE EXHIBITS<br><br>(ECF No. 15) |

　　　　Plaintiff Pablo Holguin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim against Defendant Wicks for violation of his procedural due process rights. (ECF No. 8.)

　　　　On March 8, 2017, Defendant Wicks filed a motion to dismiss the operative complaint. (ECF No. 12.) In response, Plaintiff filed a motion for an extension of time to oppose the motion to dismiss, which has been granted by the Court. (ECF Nos. 13, 17.) Plaintiff also filed a motion for leave to amend his complaint, (ECF No. 14.), and a motion to lodge documents in support of the amended complaint, (ECF No. 15).

　　　　Upon review of Plaintiff's lodged first amended complaint, (ECF No. 16), the Court finds that the exhibits included in ECF No. 15 are incorporated by reference and appropriate for lodging.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to lodge documents in support of his lodged first amended complaint (ECF No. 15) is GRANTED.

2. The Clerk of the Court is directed to lodge Plaintiff's documents in support (ECF No. 15) as a supplement to Plaintiff's lodged first amended complaint (ECF No. 16).

IT IS SO ORDERED.

Dated: **April 13, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE