# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HOLGUIN,<br><br>        Plaintiff,<br><br>   v.<br><br>R. WICKS,<br><br>        Defendant. | Case No. 1:16-cv-00346-DAD-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT WICKS TO FILE RESPONSE TO SECOND AMENDED COMPLAINT<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Pablo Holguin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 16, 2017, the Court issued an order finding that Plaintiff's second amended complaint stated a cognizable claim against Defendant R. Wicks for violation of Due Process for denial of Plaintiff's right to call an identified witness in his defense. The assigned Magistrate judge further issued Findings and Recommendations recommending dismissal of Plaintiff's other claims against Defendant Wicks, with objections due within fourteen days of service of the order. (EFCF No. 29.) Plaintiff did not file objections, and the Findings and Recommendations were adopted by the assigned District Judge on August 4, 2017. (ECF No. 34.)

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Defendant R. Wicks shall file and serve a response to Plaintiff's second amended complaint on or before **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __August 7, 2017__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE