# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HOLGUIN,<br><br>    Plaintiff,<br><br>v.<br><br>R. WICKS,<br><br>    Defendant. | Case No. 1:16-cv-00346-DAD-BAM (PC)<br><br>ORDER RESETTING SETTLEMENT CONFERENCE DATE<br><br>Settlement Conference: November 14, 2017, at 9:30 a.m. in Courtroom 9 (SAB) |

On August 21, 2017, this matter was referred to the undersigned to conduct a settlement conference at the United States Courthouse in Fresno, California. (ECF No. 40). Due to scheduling issues, the settlement conference date must be continued.

Accordingly, the Court HEREBY ORDERS that the settlement conference is continued to **November 14, 2017, at 9:30 a.m.** Further, the settlement statements required to be submitted by the parties as described in the Court's August 21, 2017 order shall arrive no later than November 7, 2017. All other provisions of the Court's August 21, 2017 order remain the same.

IT IS SO ORDERED.

Dated: **September 6, 2017**

UNITED STATES MAGISTRATE JUDGE