UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HOLGUIN,<br><br>                Plaintiff,<br><br>v.<br><br>R. WICKS,<br><br>                Defendant. | 1:16-cv-00346-DAD-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **PABLO HOLGUIN, CDCR #D-58733**, VIA VIDEO CONFERENCE<br><br>DATE: November 14, 2017<br>TIME: 9:30 a.m. |

    **Pablo Holguin**, **CDCR #D-58733**, a necessary and material witness on his own behalf in a Settlement Conference in this case on November 14, 2017, is confined at **Correctional Training Facility-Soledad**, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference** before Magistrate Judge Stanley A. Boone, on November 14, 2017, at 9:30 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Correctional Training Facility-Soledad**

    **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 29, 2017**                              
                                                                                             UNITED STATES MAGISTRATE JUDGE

