# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HOLGUIN,<br><br>           Plaintiff,<br><br>    v.<br><br>R.WICKS,<br><br>           Defendant. | Case No. 1:16-cv-00346-DAD-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER AMENDING AUGUST 14, 2017 DISCOVERY AND SCHEDULING ORDER |

Plaintiff Pablo Holguin ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Fourteenth Amendment due process claim against Defendant Wicks based on the alleged denial of Plaintiff's right to call an identified witness in his defense at his prison disciplinary hearing.

On August 22, 2017, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins.

A settlement conference before Magistrate Judge Stanley A. Boone was held on November 14, 2017. (ECF No. 49.) The Court is informed that the case did not settle. This case is now ready to proceed.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (ECF No. 40) is LIFTED; and

2. The parties may proceed with discovery pursuant to the August 14, 2017 discovery and scheduling order (ECF No. 38) in this matter. The provisions of that order remain the same, except that the deadlines in that order are extended as follows: The deadline for any stipulations or motions to amend the pleadings is **May 15, 2018**. The deadline for filing motions for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies is **February 12, 2018**. The deadline for the completion of all discovery, including filing all motions to compel discovery, is **July 13, 2018**. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is **September 24, 2018**.

IT IS SO ORDERED.

Dated: **November 15, 2017**       /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE