# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HOLGUIN,<br><br>        Plaintiff,<br><br>    v.<br><br>R. WICKS,<br><br>        Defendant. | Case No. 1:16-cv-00346-DAD-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT<br><br>(ECF No. 52) |

Plaintiff Pablo Holguin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Wicks for violation of Due Process for denial of Plaintiff's right to call an identified witness in his defense. (ECF No. 29.)

On August 8, 2017, Defendant Wicks answered Plaintiff's complaint. (ECF No. 36.) On September 21, 2017, Plaintiff filed a response to Defendant's answer. (ECF No. 42.) That response was stricken pursuant to the Court's September 21, 2017 order. (ECF No. 43.)

On August 22, 2017, this case was stayed to allow the parties an opportunity to settle their dispute prior to the discovery process. (ECF No. 40.) On November 14, 2017, a settlement conference was held before Magistrate Judge Stanley A. Boone. The case did not settle. (ECF No. 49.) On December 28, 2017, Plaintiff re-filed his reply brief in response to Defendant Wicks' answer to the second amended complaint. (ECF No. 52.)

1

| | |
|---|---|
| 1 | As Plaintiff has been informed, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to Defendant's answer and again declines to make such an order. |

As Plaintiff has been informed, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to Defendant's answer and again declines to make such an order.

Accordingly, Plaintiff's response to Defendant's answer, filed on December 28, 2017, (ECF No. 52), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **January 2, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE